

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05CR108-V |
| ) | |
| v. ) | |
| ) | **ORDER UNSEALING INDICTMENT** |
| (1) ROBERT DUARTE POSADA ) | |
| (3) ANTWUAN WARREN NEELY and ) | |
| (4) VINCENT CORNELIUS BLAKE ) | |
| ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Indictment in the case numbered above; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

This the 23rd day of June, 2005.

*Carl Horn, III*
UNITED STATES MAGISTRATE JUDGE