IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05CR108-1-V

FILED
CHARLOTTE, N. C.

AUG 12 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| ROBERT DUARTE POSADA, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court following the Defendant's initial appearance in this District. The Defendant, who resides in California, is indigent and has been brought to Charlotte on a one-way ticket at Government expense.

**NOW THEREFORE, IT IS ORDERED:**

1. The Marshal is directed to provide lodging and the standard _per diem_ amount for his expenses while he remains in Charlotte.

2. The Marshal shall provide a one-way return airline ticket to California when the Defendant is ready to return.

3. The Clerk is directed to send copies of this Order to counsel for the parties (Randolph M. Lee and AUSA Kenneth M. Smith); and to the U.S. Marshal.

**SO ORDERED**, this 12th day of August, 2005.

_____
**CARL HORN, III**
**U.S. Magistrate Judge**